E-filing

FILED
08 APR -3 PM 12:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ )
                                )
              Plaintiff,        )   CASE NO. CV 08 1793 SBA (PR)
                                )
     vs.                        )   PRISONER'S
                                )   APPLICATION TO PROCEED
                                )   IN FORMA PAUPERIS
                                )
              Defendant.        )
_____ )

I, Theodore W. Grady, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ N/A  Net: _____

Employer: _____ N/A _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Labor Ready Temp Agency_ ?
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or              Yes ___ No ✓
10            self employment
11      b.    Income from stocks, bonds,           Yes ___ No ✓
12            or royalties?
13      c.    Rent payments?                       Yes ___ No ✓
14      d.    Pensions, annuities, or              Yes ___ No ✓
15            life insurance payments?
16      e.    Federal or State welfare payments,   Yes ✓ No ___
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.  ZERO
21  _YES - SSI - $10,800 - 0 - at the moment Incarcerated_
22  _____
23  3.    Are you married?                         Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5      _____
6      _____
7   5. Do you own or are you buying a home?        Yes ____ No __✓__
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6. Do you own an automobile?                   Yes ____ No __✓__
10  Make _____ Year _____ Model _____
11  Is it financed? Yes _____ No _____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7. Do you have a bank account? Yes __✓__ No ____ (Do not include account numbers.)
14  Name(s) and address(es) of bank: Wells Fargo - Main Branch on
15  Market - San Jose. $160⁰⁰
16  Present balance(s): $ 160⁰⁰
17  Do you own any cash? Yes ____ No __✓__ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)  Yes ____ No __✓__
20  _____
21  8. What are your monthly expenses?
22  Rent: $ _____0_____ Utilities: _____0_____
23  Food: $ _____0_____ Clothing: _____0_____
24  Charge Accounts:
25  Name of Account         Monthly Payment        Total Owed on This Acct.
26  _____0_____     $ ____0_____     $ ____0_____
27  _____     $ _____     $ _____
28  _____     $ _____     $ _____  9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____NO_____
4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15 I only have $4.00 in my jail account.
16 2-23-08                                    Timothy W. Saunders
17      DATE                                  SIGNATURE OF APPLICANT

| | |
|---|---|
| 1 | |
| 2 | Case Number: CC891095 |

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

_Theodore W. Gandy_    [prisoner name]
_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____          _____

                          [Authorized officer of the institution]