IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEODORE W. GANDY,

    Plaintiff,

  v.

SGT. AMOUR, et al.,

    Defendants.

No. C 08-01793 SBA (PR)

**JUDGMENT**

The Court has dismissed the present civil rights complaint without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 7/1/08

                                                   SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge

P:\PRO-SE\SBA\CR.08\Gandy1793.jud.wpd

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  THEODORE W. GANDY,                              Case Number: CV08-01793 SBA
7         Plaintiff,                               **CERTIFICATE OF SERVICE**
8  v.
9  AMOUR et al,
10        Defendant.
                                    /
11

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Theodore W. Gandy DPR 996
Santa Clara County Jail - San Jose
885 N. San Pedro
San Jose, CA 95110

Dated: July 2, 2008
                                         Richard W. Wieking, Clerk
                                         By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Gandy1793.jud.wpd    2